## Graham's Estate (No. 2).

Argued Jan. 15, 1907. Reargued April 1, 1907. Appeal, No. 269, Jan. T., 1906, by Maria Elizabeth Graham, Executrix of the will of David Graham, Jr., deceased, from decree of O. C. Phila. Co., April T., 1896, No. 239, dismissing exceptions to auditor's report in Estate of David Graham, deceased. Before MITCHELL, C. J., FELL, BROWN, MESTREZAT, POTTER, ELKIN and STEWART, JJ. Reversed.

OPINION BY MR. JUSTICE STEWART, May 20, 1907:

This case presents no features other than those considered in the appeal of the executors of the will of David Young, deceased, just decided, ante, p. 344. The same considerations which control there must govern here.

The decree is reversed.